IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DUSTIN MCLELLAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 15-0161-CG-B |
| | ) |
| MONICA JOHNSON, et al., | ) |
| | ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated October 8, 2015, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 29th day of October, 2015.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE