IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DUSTIN MCLELLAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 15-0161-CG-B |
| | ) |
| MONICA JOHNSON, et al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that this action is hereby **DISMISSED without prejudice** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**DONE and ORDERED** this 29th day of October, 2015.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE